John J. Talton, Chapter 13 Trustee  
Pay to: CLERK Clerk of the Court  
Please notify the Court & us of any changes made after filing of your claim (ex. account number, address, claim assignment, etc.)

Check No. 824130

| Case No. | Clm | Debtor Name | Account No. | Balance | Principal Pmt | Interest Pmt | Total |
|---|---|---|---|---|---|---|---|
| | | | NOTICE TO DEPOSIT FUNDS | | | | |
| 05-98009 | 008-0 | JIMMY EARL BELL, JR<br>Original Check written to:<br>TEXAS STATE BANK<br>700 CALDER AVENUE, P O BOX 26016<br>BEAUMONT, TX 77720-6016 | xxx2270 | 921.51 | 537.82 | 0.00 | 537.82 |
| 06-10547 | 007-0 | DONALD BRUCE JACKSON, SR.<br>Original Check written to:<br>COUNTRYWIDE HOME LOANS<br>400 COUNTRYWIDE WAY<br>MAIL STOP SV-46<br>SIMI VALLEY, CA 93065- | 1345 | 0.00 | 1,769.95 | 0.00 | 1,769.95 |
| 06-90378 | 054-0 | JUSTIN D. MODISETTE<br>Original Check written to:<br>CAMINO REAL EMERGENCY PHYS<br>NCO FINANCIAL SYSTEM, INC.<br>PO BOX 41567<br>PHILADELPHIA, PA 19101 | xxxxxxxxxxxxxxxxxxxxxxA352 | 209.96 | 29.04 | 0.00 | 29.04 |
| 07-90293 | 013-1 | VERL T. PARRETT<br>Original Check written to:<br>CHASE BANK USA NA<br>P O BOX 100018<br>KENNESAW, GA 30156-9204 | 3674 | 348.88 | 11.95 | 0.00 | 11.95 |
| 10-10129 | 004-0 | JAMES BRANDON CALLAWAY<br>Original Check written to:<br>DELL FINANCIAL SERVICES LLC<br>TRANSACTIONAL COLLECTIONS<br>ONE DELL WAY MS PS2DF-24<br>ROUND ROCK, TX 78662- | 0085 | 200.00 | 0.00 # | 1.04 | 1.04 |